UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
_____

HEIDI BORN-SMITH,

      Plaintiff,

v.                                                  Case No. 3:10-CV-00365

PORTAGE COUNTY,

      Defendant.
_____

**CERTIFICATE OF SERVICE**
_____

      I hereby certify that on March 30, 2011 I electronically filed the foregoing Defendant's Notice of Motion and Motion for Summary Judgment, brief in support of same, Defendant's Proposed Findings of Fact and supporting declarations with the Clerk of the Court using the ECF system.

                                            s/Oyvind Wistrom
                                            Oyvind Wistrom
                                            State Bar No.: 1024964
                                            Attorneys for Defendant
                                            Lindner & Marsack, S.C.
                                            411 East Wisconsin Ave., #1800
                                            Milwaukee, WI 53202-4498
                                            Phone: 414-273-3910
                                            Fax: 414-298-9873
                                            owistrom@lindner-marsack.com