IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HEIDI BORN-SMITH,

    Plaintiff,

v.

PORTAGE COUNTY,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-365-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED judgment is entered in favor of defendant Portage County granting its motion for summary judgment and dismissing this case.

_____      6/1/11
Peter Oppeneer, Clerk of Court     Date